IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KENNY GARVER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:09CV0278 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

1. The Report and Recommendations filed on August 5, 2010 (Doc. #11) is ADOPTED in full;

2. The Commissioner's final non-disability finding is VACATED;

3. This matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for payment of Supplemental Security Income consistent with the Social Security Act; and

3. The case is TERMINATED on the docket of this Court.

**Done and Ordered** this Twenty-Fourth Day of August, 2010.

                                              **s/Thomas M. Rose**

                                              Thomas M. Rose
                                      United States District Judge